IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-495-MOC-DCK

| | |
|---|---|
| DIRECTV, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ACE HARDY and LEESA COOK HARDY,<br>Individually and d/b/a IN ZONE, a/k/a IN<br>ZONE SPORTS BAR,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) concerning Wayne D. Lonstein, filed October 6, 2010. Mr. Lonstein seeks to appear as counsel *pro hac vice* for Plaintiff DIRECTV, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Lonstein is admitted to appear before this court *pro hac vice* on behalf of Plaintiff DIRECTV, Inc.

Signed: October 6, 2011

_____
David C. Keesler
United States Magistrate Judge